1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant SOTO-ORTEGA

FILED

FEB 1 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                       SAN JOSE DIVISION

9
10 UNIT ED STATES OF AMERICA,        )   No. CR 10-00099 PVT
                                     )
11          Plaintiff,                )   **STIPULATION TO CONTINUE
                                     )   HEARING; [PROPOSED] ORDER**
12 v.                                )
                                     )
13 ADRIANA SOTO-ORTEGA,              )
                                     )
14          Defendant.                )
   _____)

15      Defendant and the government, through their respective counsel, hereby stipulate that,
16 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for
17 Friday, February 19, 2010, be continued to Thursday, February 25, 2010, at 1:30 p.m. The
18 continuance is requested because the defense requires additional time to review a superseding
19 information and proposed plea agreement with Ms. Soto-Ortega.
20      The parties further agree that time should be excluded under the Speedy Trial Act because
21 the ends of justice served by granting the requested continuance outweigh the interest of the
22 public and the defendant in a speedy trial. The failure to grant the requested continuance would
23 deny defense counsel reasonable time necessary for effective preparation, taking into account the
24 exercise of due diligence, and would result in a miscarriage of justice. The parties therefore
25 stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
26 (B)(iv).

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 10-00099 JW                              1

1  Dated: 2/16/10                                   /s/
                                                    LARA S. VINNARD
2                                                   Assistant Federal Public Defender

3  Dated: 2/16/10                                   /s/
                                                    EUMI CHOI
4                                                   Assistant United States Attorney

5

6

7                              [PROPOSED] ORDER

8        The parties have jointly requested a continuance of the sentencing hearing set for

9  February 19, 2010, to allow time for defense counsel to review a superseding information and

10 proposed plea agreement with Ms. Soto-Ortega.

11       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

12 presently set for February 19, 2010, be continued to February 25, 2010, at 1:30 p.m.

13       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

14 under the Speedy Trial Act from February 19, 2010, to February 25, 2010. The Court finds,

15 based on the aforementioned reasons, that the ends of justice served by granting the requested

16 continuance outweigh the interest of the public and the defendant in a speedy trial. The failure

17 to grant the requested continuance would deny defense counsel reasonable time necessary for

18 effective preparation, taking into account the exercise of due diligence, and would result in a

19 miscarriage of justice. The Court therefore concludes that this exclusion of time should be made

20 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

21 Dated:  2/14/10

22                                                  HOWARD R. LLOYD
                                                    United States Magistrate Judge
23

24

25

26

STIPULATION TO CONTINUE SENTENCING
HEARING; [PROPOSED] ORDER
No. CR 10-00099 JW                              2