**FILED**

MAY 1 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 10-0099PVT |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO RETURN PASSPORT |
| v. | ) | |
| ADRIANA SOTO-ORTEGA, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that on or after May 20, 2010, the Clerk of the United States District Court for the Northern District of California shall return the passport of Defendant Adriana Soto-Ortega to either Ms. Soto-Ortega or to her attorney.

Dated: 5/18/10

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

APPLICATION AND [PROPOSED] ORDER
TO RETURN PASSPORT
No. CR 10-0099 PVT                                   3